United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALCORN,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 5:16-cv-05354-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 14 |

The court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before February 17, 2017**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **February 28, 2017**, **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **February 21, 2017** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

statement in response to this Order.

  SO ORDERED.

Dated: December 15, 2016

_____
Howard R. Lloyd
United States Magistrate Judge

5:16-cv-05354-HRL Notice has been electronically mailed to:

Harry Paul Efstratis    paul.efstratis@leclairryan.com, charmaine.villavert@leclairryan.com, jamie.cheng@leclairryan.com, Kristina.Lambert@leclairryan.com, Megan.BenAry@leclairryan.com, Tori.Balestrieri@leclairryan.com

Terry L. Baker    tbaker@consumerlawgroup.net